UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV K. SINGH and BALJIT SINGH,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. aka BAC HOME LOANS SERVICING and REAL TIME RESOLUTIONS, NATIONSTAR MORTGAGE LOA, QUALITY LOAN SERVICES CORP., LAND SAFE TITLE, RECONSTRUCT COMPANY, N.A., U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, CLERKS, ADMINISTRATORS, ASSIGNEE OFFICE OF JUSTICE OF THE PEACE COURTS, ADMINISTRATORS, CLERKS ITS ASSIGNEES AND ASSOCIATES,<br><br>Defendants. | CASE NO. SACV 15-270-JLS (RNBx)<br><br>**JUDGMENT OF DISMISSAL OF ENTIRE ACTION** |

On April 27, 2015, and May 11, 2015, the Court granted Defendants' Motions to Dismiss Plaintiffs' Complaint. (Docs. 16, 17). The latter Order required Plaintiffs to file any amended complaint within 21 days, and warned Plaintiffs that if they failed to do so, "this case will be administratively closed and judgment entered

1

1 in Defendants' favor." (Doc. 17 at 2). 21 days having elapsed, and Plaintiffs having
2 not filed an amended complaint, the case was ADMINISTRATIVELY CLOSED on
3 June 2, 2015. (Doc. 18.)
4     Accordingly,
5     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
6     1.    Plaintiffs' Complaint is dismissed in its entirety.

DATED: June 22, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE